IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LARRY E. EALY, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 3:08cv286 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| OFFICER SHANE DUFFEY, et. al., : | |
| : | |
| Defendant(s) : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Sharon L. Ovington filed on May 6, 2009 (Doc. 12), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 27, 2009, hereby ADOPTS said Report and Recommendation.

Plaintiff's complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 4(m) and this case is hereby **TERMINATED** from the docket of this Court.

IT IS SO ORDERED.

                                                          ___s/Susan J. Dlott_____
                                                          Chief Judge Susan J. Dlott
                                                          United States District Court